The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## YOST v. STATE.
### No. 14790.

Court of Criminal Appeals of Texas.

Jan. 27, 1932.

Eddie Roark, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for robbery, punishment being assessed at thirty-five years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## SHADDOX v. STATE.
### No. 14789.

Court of Criminal Appeals of Texas.

Jan. 27, 1932.

Eddie Roark, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is robbery; penalty assessed at confinement in the penitentiary for a period of twenty years.

The transcript fails to show any notice of appeal. This is essential to confer jurisdiction on the reviewing court. See article 827, C. C. P., also Stone v. State, 116 Tex. Cr. R. 110, 31 S.W.(2d) 1077; Echart v. State (Tex. Cr. App.) 35 S.W.(2d) 445; Scott v. State (Tex. Cr. App.) 43 S.W.(2d) 96, and cases cited.

The appeal is dismissed.